SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| PAYNE, CHARLES J. | ) | CASE NO. 08-18883-EWH |
| PAYNE, MARCELLA H. | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

SHARON MAXWELL, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 6 | Recovery Management Systems Corp<br>For GE Money Bank<br>dba JC Penney Credit Servs<br>25 SE 2nd Ae #1120<br>Miami FL 33131 | 1.19 |
| 8 | Recovery Management Systems Corp<br>For GE Money Bank<br>dba Chevron Texaco PLLC<br>25 SE 2nd Ave #1120<br>Miami FL: 33131 | 3.91 |

*December 7, 2009*                                */s/ Sharon Maxwell*
      DATE                                      Sharon Maxwell, Trustee